GP
F. #2024R00230

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
*   AUGUST 22, 2024   *
BROOKLYN OFFICE

NOTICE OF MOTION

Criminal Docket No.  24 - CR- ( 343 )
Judge Eric R. Komitee
Magistrate Judge Joseph A. Marutollo

       PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JOHN DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           August 22, 2024

                                         BREON PEACE
                                         United States Attorney
                                         Eastern District of New York
                                         271A Cadman Plaza East
                                         Brooklyn, New York 11201

                             By:    /s/Gabriel Park
                                         Gabriel Park
                                         Assistant United States Attorney
                                         (718) 254-6099

cc:    Clerk of the Court